[No. 10971-5-I.  Division One.  April 25, 1983.]

THE STATE OF WASHINGTON, *Appellant*, v. TONY
LEWIS, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 81-8-03505-3, Richard M. Ishikawa, J.,
entered October 12, 1981. *Reversed* and *remanded* by
unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 11064-1-I.  Division One.  April 25, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. RAQUEL
TERESA ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81-1-01948-6, Jerome M. Johnson, J., entered
November 10, 1981. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Williams and Corbett, JJ.

[No. 12256-2-I.  Division One.  April 25, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. TYROME
LEWIS LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81-1-02775-6, Peter K. Steere, J., entered
December 29, 1981. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Williams and Ringold, JJ.